UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DOYLE YOUNG,<br><br>    Petitioner,<br><br>v.<br><br>BUREAU OF PRISONS,<br><br>    Respondent. | Case No. CV 11-4613 JAK (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT this entire action is dismissed without prejudice for the reasons set forth in the concurrently filed Order.

Dated: July 5, 2011

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE